RYAN H. CROSNER, CA Bar No. 278418
ryan.crosner@ogletree.com
NARE AVAGYAN, CA Bar No. 292608
nare.avagyan@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone: 213-239-9800
Facsimile: 213-239-9045

Attorneys for Defendants
ROYALE INTERNATIONAL COURIERS LTD.,
ROYALE INTERNATIONAL COURIERS, INC., and
ROYALE INTERNATIONAL

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN TOLK, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROYALE INTERNATIONAL COURIERS LTD.; ROYALE INTERNATIONAL COURIERS, INC.; ROYALE INTERNATIONAL; and DOES 1 to 100, Inclusive<br><br>　　　　Defendants. | Case No. 2:22-cv-4081<br><br>**DECLARATION OF DAVID TOTH IN SUPPORT OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT**<br><br>[Filed concurrently with Notice of Removal of Civil Action to United States District Court; Civil Cover Sheet; Certification of Interested Parties and Disclosure Statement; Declaration of Ryan H. Crosner in Support of Removal]<br><br>Complaint Filed: March 25, 2022<br>Trial Date: None<br>Judge: Hon. _____<br>Courtroom: |

# DECLARATION OF DAVID TOTH

I, David Toth, declare and state as follows:

1. I currently am engaged by Royale International Couriers Ltd. ("Royale") as its USA Country Director. In this capacity, I am generally familiar with the workers who perform services for Royale, including plaintiff Brian Tolk ("Plaintiff"). I am also familiar with and have access to Royale's records reflecting the worker status and history as well as pay information for its workers. I have personal knowledge of all of the facts set forth below, and if called upon to testify to the same, I could and would do so competently and truthfully.

2. In my capacity as USA Country Director/Corporate Officer, I have knowledge of and access to Plaintiff's worker file, which I have personally reviewed.

3. In my capacity as USA Country Director/Corporate Officer, I have knowledge of Royale's corporate structure.

4. Defendant Royale International Couriers Ltd. is, and at all times relevant to this action was, a corporation, incorporated in the State of Arizona. Royale International Couriers Ltd.'s corporate headquarters are, and were at all times relevant to this action, located in Arizona. Its principal place of business, and location from which its executive and senior management personnel and primary management operations direct, control, and coordinate the corporation's activities, is, and was at all relevant to this action, located in Tempe, Arizona. It also houses its corporate resolutions in the Arizona.

5. The Complaint erroneously names "Royale International Couriers, Inc." and "Royale International" as defendants. There are no entities affiliated with Royale International Couriers Ltd. with this name.

6. When Plaintiff submitted his invoices during the time he performed services for Royale, he listed his residence as being in Los Angeles County.

7. At or around the time of the termination of his Independent Contractor agreement, Plaintiff was paid by Royale International Couriers Ltd. approximately

$8,916.67 per month for the services he performed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on June _14_, 2022, at _Tempe_, Arizona.

_____
David Toth