JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN TOLK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROYALE INTERNATIONAL COURIERS LTD.;<br>ROYALE INTERNATIONAL COURIERS, INC.;<br>ROYALE INTERNATIONAL; and DOES 1 to 10, Inclusive,<br><br>　　　　　Defendants. | Case No. 2:22-cv- 04081- JFW (ASx)<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING AMOUNT IN CONTROVERSY AND REMAND CASE TO STATE COURT**<br><br>Complaint Filed:  March 25, 2022<br>Trial Date:　　　None Set |

## Order

The Court has read and considered the Parties' Joint Stipulation Regarding Amount in Controversy and Remand to State Court. For good cause showing, IT IS ORDERED that the Stipulation is GRANTED and this action shall immediately be remanded to the Superior Court of the State of California for the County of Los Angeles.

**IT IS SO ORDERED.**

DATED: July 12, 2022

　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　Hon. John F. Walter, U.S. District Judge